reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff has failed to file the proofs of claim as provided by section 17 of the policy of insurance issued by the defendant to the plaintiff. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Penelope Deuel Osborn, Appellant, v. Elon N. Carpenter, Medical Superintendent of Sanitarium, Waldemere-on-the-Sound, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Alfred J. Stuart, Relator, v. Nicholas J. Hayes, Fire Commissioner of the City of New York, Respondent.— Determination confirmed, without costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Alexander Grady, Appellant, v. Thomas Sturgis, as Fire Commissioner of the City of New York, Respondent.— Determination confirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Christian Reuter, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that it was error to receive the declaration of the motorman, made after the accident, to the effect that there was no gong on the car. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

David Ripley, Respondent, v. James A. Smith and Others, Defendants, Impleaded with Patrick Skelly, Appellant.— Judgment affirmed, with costs, on the authority of *Tinsley* v. *Smith* (*ante*, p. 703), decided herewith. Hirschberg, P. J., Woodward, Hooker, Rich and and Miller, JJ., concurred.

Isidore Solomon and Philip Kolman, Respondents, v. Barnet Machta and Others, Appellants.— Reargument ordered, and case set down for Tuesday, January 15, 1907. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.

Frederick Stach, Respondent, v. Charles T. Wills, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William Wedemeyer, Appellant, v. Watson Drummond, as Administrator, etc., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

George R. White, Respondent, v. David K. Case, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ.

Emily Newton, Respondent, v. The Board of Education of the City of New York, Appellant— Judgment unanimously affirmed, with costs. No opinion, Present — Hirschberg, P. J., Jenks, Hooker and Miller, JJ.

Alexander Wilson, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker and Miller, JJ.

---

FOURTH DEPARTMENT, NOVEMBER, 1906.

James M. Lynch, as President of the International Typographical Union of North America, and James Taylor, as President of the Allied Printing Trades Council of the City of Syracuse, Respondents, v. John Single Paper Company, Appellant.

*Labor Law — demurrer to complaint asking injunction and damages for the use of a union label — joinder of parties plaintiff — right to assign label under Labor Law — license to use.*

Appeal from an order and interlocutory judgment, entered in the office of the clerk of the county of Onondaga on the 7th day of July, 1906, overruling defendant's demurrer to the complaint, with costs.

Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal on